United States District Court
Southern District of Texas
**ENTERED**
January 04, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Kirsten S. Barnes

    Plaintiff,

vs.                                      Case No.: 4:18−cv−03045
                                          Judge Keith P Ellison

Accounts Receivable

    Defendant.

## NOTICE REGARDING INITIAL CONFERENCE

    This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

    In working through the schedule, please keep in mind that trial is normally scheduled within eighteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

    If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e−mailed to my Case Manager, Arturo Rivera at Arturo_Rivera@txs.uscourts.gov. Alternatively, you can fax it to 713−250−5503.

    Signed on January 4, 2019, at Houston, Texas.

                                                            Keith P. Ellison
                                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kirsten S. Barnes                        §
                                         §
*versus*                                 §         Civil Action 4:18−cv−03045
                                         §
Accounts Receivable                      §

## **SCHEDULING/DOCKETING CONTROL ORDER**

Anticipated Length of Trial:_____Days        Jury:_____  Non−Jury:_____

1. (a) **NEW PARTIES** shall be joined by:                _____
   The Attorney causing the addition of new
   parties will provide copies of this Order to new
   parties.

   (b) **AMENDMENT to PLEADINGS**
   by Plaintiff or Counter−Plaintiff shall be filed
   by:                                                    _____

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of
   each expert, each opinion that the expert will
   present, and the basis for it. DUE DATE:              _____

3. EXPERT WITNESSES for the DEFENDANT will
   be identified by a report listing the qualifications of
   each expert, each opinion that the expert will
   present, and the basis for it. DUE DATE:              _____

4. DISCOVERY must be completed by:                       _____
   Written discovery requests are not timely if they are
   filed so close to this deadline that the recipient
   would not be required under the Federal Rules of
   Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON−DISPOSITIVE
   MOTIONS
   (except motions *in limine*) will be filed by:         10/14/2019
                                                          (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

    1/6/2020
    (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.

    1/13/2020
    (15 Months from the date case filed)

_____       _____
Date      Keith P. Ellison
     United States District Judge

_____       _____
Date      Counsel for Plaintiff(s)

_____       _____
Date      Counsel for Defendant(s)