**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

HOUSTON DIVISION

Kirsten S. Barnes
   *Plaintiff(s),*

v.                                                                          Case No. 4:18−cv−03045

Accounts Receivable
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Initial Conference**

DATE:   **3/21/2019**

TIME:   **02:15 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                   Date: February 6, 2019

By Deputy Clerk, A. Rivera